Submitted on record and briefs December 11, 1991, reversed and remanded for
reconsideration of award of attorney fees January 8, 1992

In the Matter of the Compensation of
Amador Mendez, Claimant.

Amador MENDEZ,
*Petitioner,*

*v.*

CONIFER PLYWOOD
and SAIF Corporation,
*Respondents.*

(90-06901; CA A69811)

821 P2d 1133

Karen M. Werner, Eugene, J. David Kryger and Emmons,
Kropp, Kryger, Alexander & Egan, P.C., Albany, filed the
brief for petitioner.

Dave Frohnmayer, Attorney General, Virginia L. Linder,
Solicitor General, and Thomas E. Ewing, Assistant Attorney
General, Salem, filed the brief for respondents.

Before Richardson, Presiding Judge, and Joseph, Chief
Judge, and Durham, Judge.

PER CURIAM

Reversed and remanded for reconsideration of award of
attorney fees. *Jones v. OSCI*, 108 Or App 230, 814 P2d 558
(1991).